UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**JESSE JOSIAH TAYLOR,**
    Plaintiff,

v.

**JUSTIN J MYERS,** *et al.***,**
    Defendants.

Case No. 2:21-cv-1020-CLM

## ORDER OF DISMISSAL

    The Court, having been advised that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The Court retains jurisdiction to reinstate the case if any party represents to the Court **on or before January 9, 2024**, that final settlement documentation could not be completed. The parties may request additional time to file dismissal documents if necessary. If the Court does not hear from the parties by January 9, 2024, then the dismissal will convert into a dismissal with prejudice. All pending deadlines and settings in this case are cancelled.

    **DONE** and **ORDERED** on November 9, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE